UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br><br> ROSS ISLAND SAND & GRAVEL CO., <br> an Oregon corporation, <br><br> Defendant. | NO. C17-1159RSL <br><br> ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT |

**Summary**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Ross Island Sand & Gravel Co. |
| Principal Judgment Amount | $105,822.10 |
| Liquidated Damages | $22,356.59 |
| Interest to Date of Judgment: | $1,129.41 |
| Attorneys' Fees: | $725.95 |
| Costs: | $449.50 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Four percent (4%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration of Miriam Williams, and the exhibits thereto in

support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 81 and 162, with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period March 2017 through August 2017: for contributions of $105,822.10, for liquidated damages of $22,356.59, for pre-judgment interest of $1,129.41, for attorneys' fees of $725.95, and for costs of $449.50, all for a total of $130,483.55.

Dated this 21st day of November, 2017.

*signature*

Robert S. Lasnik
United States District Judge

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff